Jeffrey Lewis – CA Bar No. 66587 (*Permission to Practice in this Case Granted*)
Lindsay Nako – CA Bar No. 239090 (*Permission to Practice in this Case Granted*)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
jlewis@lewisfeinberg.com
lnako@lewisfeinberg.com

Kathleen J. England – NV Bar No. 206
ENGLAND LAW OFFICE
630 South Third Street
Las Vegas, NV 89101
Telephone: (702) 385-3300
Facsimile: (702) 385-3823
kengland@englandlawoffice.com

**Attorneys for Plaintiff David Shore**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID SHORE,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br>　　　　　　　　Defendant. | Case No.  2:08-CV-01508-PMP-(RJJ)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT JUNE 10, 2011 STATUS CONFERENCE<br><br>Date: June 10, 2011<br>Time: 9:30 a.m.<br>Ctrm: LV Courtroom 7C |

//

//

//

//

//

1

Pursuant to Plaintiff's Request to Appear Telephonically at the June 10, 2011 Status Conference, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request to appear telephonically on June 10, 2011, is GRANTED.

COUNSEL IS INSTRUCTED TO CONTACT 702-464-5516 AT THE TIME SET FOR THE HEARING.

**IT IS SO ORDERED.**

HON. PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2011