UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID SHORE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br><br>　　　　Defendants. | 2:08-CV-01508--PMP-RJJ<br><br>**ORDER** |

　　　　The Court having read and considered Plaintiff David Shore's fully briefed Affidavit and Request for Issuance of Writ of Execution (Doc. #88) filed June 7, 2011, and good cause appearing,

　　　　**IT IS ORDERED that** Plaintiff David Shore's Request for Issuance of Writ of Execution (Doc. #88) is **GRANTED** and that the Clerk of Court shall forthwith enter a Writ of Execution of Judgment in favor of Plaintiff David Shore in the amount of **$186,149.59**, plus additional post-judgment benefits and interest.

DATED: July 21, 2011.

_____
PHILIP M. PRO
United States District Judge