CHRISTENSEN JAMES & MARTIN
Daryl E. Martin, Esq. (NV Bar No. 6735)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SHORE, ) | Case No. 2:08-CV-01508-PMP-(RJJ) |
| Plaintiff/Appellee/Cross-Appellant, ) | |
| ) | U.S.C.A. No. 10-15365 |
| vs. ) | U.S. Court of Appeals for the Ninth Circuit |
| ) | |
| INTERNATIONAL PAINTERS AND ) | |
| ALLIED TRADES INDUSTRY ) | **STIPULATION AND ORDER** |
| PENSION PLAN, ) | **DISMISSING CASE WITH PREJUDICE** |
| ) | |
| Defendant/Appellant/Cross-Appellee. ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff/Appellee/Cross-Appellant, David Shore ("Plaintiff"), by and through his attorneys, and Defendant/Appellant/Cross-Appellee, International Painters and Allied Trades Industry Pension Plan ("Defendant"), by and through its attorneys, hereby stipulate, agree and request the Court's Order dismissing the above-captioned action with prejudice. Except as otherwise stated in the settlement agreement executed by the parties, each party shall bear its own attorney's fees, court costs and expenses incurred herein.

[Signature Page Follows]

-2-

| | | |
|---|---|---|
| 1 | Dated this 18th day of November, 2011 | CHRISTENSEN JAMES & MARTIN |
| 2 | | JENNINGS SIGMOND, P.C. |
| 3 | | By:  /s/ Daryl E. Martin |
| 4 | | Kevin B. Christensen, Esq. (175) |
| | | Daryl Martin, Esq. (6735) |
| 5 | | Sara D. Cope, Esq. (10329) |
| 6 | | Kent Cprek (PA Bar No. 40806) |
| 7 | | Judith Sznyter (PA Bar No. 91135) |
| 8 | | *Attorneys for Defendant/Appellant/ Cross-Appellee* |

Dated this 18th day of November, 2011    ENGLAND LAW OFFICE

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:  /s/ Kathleen J. England
     Kathleen J. England, Esq. (206)

Jeffrey Lewis, Esq. (CA Bar No. 66587)
Lindsay Nako, Esq. (CA Bar No. 239090)

*Attorneys for Plaintiff/Appellee/ Cross-Appellant*

## **ORDER**

Pursuant to the foregoing stipulation of the parties, good cause appearing therefor, it is hereby Ordered that this Case is dismissed with prejudice.

DATED this 21st day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE